# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Reggie Meyers,**

        **Plaintiff,**    **CASE NUMBER:**

**vs.**    3:07-cv- 1045    FJS

**Commissioner of Social Security,**

        **Defendant.**


**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**, that the Plaintiff's motion for judgment on the pleadings is DENIED. The Defendant's motion for judgment on the pleadings is GRANTED. The Commissioner's decision is AFFIRMED and Plaintiff's complaint is DISMISSED.

    All of the above pursuant to the Memorandum-Decision and Order of the Honorable Frederick J. Scullin, Jr., dated the 30th  day of March, 2011.

DATED: March 31, 2011

*[signature]*
Clerk of Court

    s/
_____
Marie N. Marra, Deputy Clerk